IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHAD ADAM CHEEVER,

      Petitioner,

  v.

RYAN LAGORE,

      Respondent.

Case No. 2:25-cv-01576-YY

ORDER

**BAGGIO, District Judge:**

Magistrate Judge You issued a Findings and Recommendation on January 21, 2026, in which she recommends that this Court deny Petitioner's Motion for Federal Removal of Criminal Prosecution and dismiss this action with prejudice. F&R, ECF No. 18. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Petitioner filed timely objections to the Magistrate Judge's Findings and Recommendation. Pet'r's Obj., ECF No. 23. The Court observes that the document filed as

1 – ORDER

Petitioner's Objections, ECF No. 23, does not itself contain the objections. Rather, Petitioner states in ECF No. 23 that on January 25, 2026, Petitioner placed a "Motion for Objection" in the mail. ECF No. 23 at 3. The Court thus understands Petitioner to include ECF No. 22 as part of his objections. For completeness, the Court has reviewed all of Petitioner's filings following Judge You's entry of the F&R.

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Petitioner's objections and concludes that there is no basis to modify the Findings and Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings and Recommendation.

**CONCLUSION**

The Court ADOPTS Magistrate Judge You's Findings and Recommendation [18]. Therefore, Petitioner's Motion [1] is DENIED, all other pending motions are DENIED AS MOOT, and this action is DISMISSED with prejudice.

IT IS SO ORDERED.

DATED this 22nd day of April, 2026.

AMY M. BAGGIO
United States District Judge

2 – ORDER